STATE OF NEW JERSEY v. AVON L. BROOKS.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOEL LEE.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. SCHUYLER CABLE, III.

June 27, 1986.

Petition for certification denied.

WOODWARD–CLYDE CONSULTANTS v. CHEMICAL AND POLLUTION SCIENCES, INC., ETC.

June 27, 1986.

Petition for certification granted.